## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SHANE WARD**                                                                 **PLAINTIFF**

### CASE NO. 4:16-CV-00257-BD

**MASTER CUTLERY LLC**                                                    **DEFENDANT**

### <u>ORDER</u>

Magistrate Judge Patricia S. Harris held a settlement conference on June 1, 2017. Although the parties were unable to reach a settlement agreement at that time, they have since negotiated a settlement of all claims. Pursuant to the parties' settlement agreement, this action is hereby dismissed, with prejudice. The Court retains jurisdiction for a period of thirty days to enforce the settlement agreement, if necessary.

IT IS SO ORDERED this 8th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE